CANDICE BRYNER, State Bar No. 192462
LAW OFFICES OF M. CANDICE BRYNER, APC
Candice@brynerlaw.com
2102 Business Center Drive, Suite 149
Irvine, California 92612
Telephone: (949) 253-4615
Fax: (949) 253-4619

JS-6

Attorney for Plaintiff
Guy Sohie

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUY SOHIE,<br><br>    Plaintiff,<br><br>    v.<br><br>CARDIAC SCIENCE CORPORATION., a Delaware corporation, fka CARDIAC SCIENCE, INC., a Delaware corporation, fka SURVIVALINK CORPORATION, a Delaware corporation; OKLAHOMA TAX COMMISSION, a public entity; and DOES 1 to 20, inclusive,<br><br>    Defendants. | CASE NO. SA CV 06-1097 CJC (MLGx)<br><br>**ORDER DISMISSING COMPLAINT** |

1  WHEREAS, on January 22, 2008, Plaintiff GUY SOHIE and Defendant
2  CARDIAC SCIENCE CORPORATION., a Delaware corporation, fka CARDIAC
3  SCIENCE, INC., a Delaware corporation, fka SURVIVALINK CORPORATION,
4  a Delaware corporation, executed a Stipulation re Dismissal which was filed with
5  this Court on February 20, 2008.

6  NOW THEREFORE, good cause appearing, it is hereby ordered that the
7  Complaint in the above-referenced action be and hereby is dismissed with
8  prejudice.

11 DATED: March 17, 2008_____ _____
12                                  UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am an active member of the State Bar of California and not a party to the within action; my business address is 2102 Business Center Dr., Suite 149, Irvine, CA 92612.

On March 14, 2008, I served the foregoing document(s), described as follows**:**

**[PROPOSED] ORDER DISMISSING COMPLAINT**

on the interested parties as follows:

John Cannon, Esq.
Kent W. Easter, Esq.
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

( ) **BY FACSIMILE**. I sent such document from facsimile machine (949) 253-4619. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (949) 253-4619 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelop(s) addressed to the parties listed below.

(X) **BY MAIL.** I placed the document(s) in sealed envelope(s) addressed according to the address(es) listed above and caused such envelope(s) to be deposited in the mail at Irvine, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 14, 2008**,** at Irvine, California.

**M. CANDICE BRYNER**